```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09338
   JEAN MCSMITH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5616


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/22/2007 and was not confirmed.

     The case was dismissed without confirmation 12/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED        37788.10            .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE        .00             .00            .00
SILVERLEAF VACATION CLUB   CURRENT MORTG        .00             .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
BANK OF AMERICA            UNSECURED       NOT FILED            .00            .00
DISCOVER CARD              UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        10099.20            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          186.58            .00            .00
LOU HARRIS & CO            UNSECURED       NOT FILED            .00            .00
LITTON LOAN SERVICING      CURRENT MORTG        .00             .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    18135.04            .00            .00
CHASE AUTO FINANCE         SECURED VEHIC     2487.37            .00         124.38
STEVEN MCSMITH             NOTICE ONLY    NOT FILED            .00            .00
STEVEN MCSMITH             NOTICE ONLY    NOT FILED            .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                            8.73
DEBTOR REFUND              REFUND                                           593.25

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    726.36

PRIORITY                                          .00
SECURED                                        124.38
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                             8.73
DEBTOR REFUND                                  593.25
                        ---------------   ---------------
TOTALS                     726.36              726.36


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09338 JEAN MCSMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
        CASE NO. 07 B 09338 JEAN MCSMITH